TO BE PUBLISHED

# Supreme Court of Kentucky

## 2022-SC-0486-KB

ROBERT LAWRENCE POOLE                                               MOVANT

V.                          IN SUPREME COURT

KENTUCKY BAR ASSOCIATION                                        RESPONDENT

## **OPINION AND ORDER**

This case is before the Court on Movant, Robert Lawrence Poole's motion to resign under terms of permanent disbarment. His KBA Member Number is 86183 and bar roster address is 73 Cavalier Boulevard, Suite 104, Florence, KY 41042. SCR 3.480(3) allows for "Any member who has been engaged in unethical or unprofessional conduct . . . to withdraw his membership under terms of permanent disbarment . . . ." The Kentucky Bar Association has filed a response expressing no objection to Poole's motion. Having reviewed the record and considered Poole's admission of unethical conduct, we grant his motion for permanent disbarment.

On May 25, 2022, Poole pled guilty to two counts of Promoting of Human Trafficking – Forced Services, a Class D felony, in Boone Circuit Court. On June 7, 2022, Poole pled guilty to five counts of the same crime in Kenton Circuit Court. On September 26, 2022, the Inquiry Commission issued a single

charge against Poole for violation of SCR 1.130(8.4)(b), based on his aforementioned guilty pleas.

SCR 1.130(8.4)(b) provides "it is professional misconduct for a lawyer to: (b) commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer in other respects." Poole admits his conduct violated this rule.

Accordingly, it is hereby ORDERED:

1. Robert Lawrence Poole is permanently disbarred from the practice of law in the Commonwealth of Kentucky;

2. Pursuant to SCR 3.450, Robert Lawrence Poole is directed to pay all costs associated with these disciplinary proceedings in the amount of $39.52, for which execution may issue from this Court upon finality of this Opinion and Order; and

3. Pursuant to SCR 3.390, Robert Lawrence Poole shall, within twenty (20) days from the entry of this Opinion and Order, notify all clients, in writing, of his inability to represent them; notify, in writing, all courts in which he has matters pending of his disbarment from the practice of law; and furnish copies of all letters of notice to the Office of Bar Counsel. Furthermore, to the extent possible, Poole shall immediately cancel and cease any advertising activities in which he is engaged.

All sitting. All concur.

ENTERED: March 23, 2023

_____
CHIEF JUSTICE